```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/21/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MERCEDES DELACRUZ,

                Plaintiff,        10 Civ. 5749 (JGK)(MHD)

   - against -               ORDER

MICHAEL J. ASTRUE,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated December 1, 2011. No objections have been filed and the time for objections has passed. The Report and Recommendation are well-reasoned and are adopted.

    In accordance with the Report and Recommendation, the plaintiff's motion is granted in part, and the Commissioner's motion is denied. This case is remanded for further administrative proceedings consistent with the Report and Recommendation. The clerk is directed to enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) remanding this case to the Commissioner in accordance with the Report and Recommendation.

    The Clerk is directed to close this case and to close all pending motions.

SO ORDERED.

Dated: New York, New York
December 20, 2011

                                              John G. Koeltl
                                      United States District Judge