UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___12/21/11___

MERCEDES DELACRUZ,

                    Plaintiff,                    10 Civ. 5749 (JGK)(MHD)

          - against -                             ORDER

MICHAEL J. ASTRUE,

                    Defendants.

JOHN G. KOELTL, District Judge:

     The Court has received the Report and Recommendation of

Magistrate Judge Dolinger dated December 1, 2011.  No objections

have been filed and the time for objections has passed. The

Report and Recommendation are well-reasoned and are adopted.

     In accordance with the Report and Recommendation, the

plaintiff's motion is granted in part, and the Commissioner's

motion is denied.  This case is remanded for further

administrative proceedings consistent with the Report and

Recommendation.  The clerk is directed to enter judgment

pursuant to the fourth sentence of 42 U.S.C. § 405(g) remanding

this case to the Commissioner in accordance with the Report and

Recommendation.

     The Clerk is directed to close this case and to close all

pending motions.

SO ORDERED.

Dated:  New York, New York              John G. Koeltl
        December 20, 2011              United States District Judge